■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR BURGOS, Appellant. [618 NYS2d 240] —Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Queens County (Berkowitz, J.), imposed June 10, 1992.

Ordered that the resentence is affirmed *(see, People v Kazepis,* 101 AD2d 816; *People v Suitte,* 90 AD2d 80). Mangano, P. J., Rosenblatt, Miller, Copertino and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY BYNUM, Appellant. [618 NYS2d 240] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated November 2, 1992 *(People v Bynum,* 187 AD2d 439), affirming a judgment of the Supreme Court, Suffolk County, rendered November 2, 1992, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Rosenblatt, J. P., Ritter, Pizzuto and Santucci, JJ., concur.